

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,082-01

### EX PARTE ALVIN VALADEZ JR. , Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 13-1568-CR-C-A IN THE 2ND 25TH DISTRICT COURT FROM GUADALUPE COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to life imprisonment. The Fourth Court of Appeals affirmed his conviction. *Valadez v. State*, 476 S.W.3d 661 (Tex. App.—San Antonio 2015).

Applicant contends that his trial counsel rendered ineffective assistance because he pursued an objectively unreasonable strategy and did not convey a plea offer.

After a remand for responses from Applicant's trial attorneys and findings addressing his claims, the habeas court made findings and recommended denying relief. Based on those findings

and this Court's independent review of the entire record, we deny relief.

Filed: June 5, 2019
Do not publish